

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-17-00800-CV

**IN THE INTEREST OF M.A.G.** and Z.A.G., Children

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2017FLI001815C3
Honorable Victor Villarreal, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is indigent; no costs are taxed against Appellant in this appeal.

It is so **ORDERED** on March 14, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

_____
Keith E. Hottle, Clerk of Court